UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:22-cr-00175-HEA-DDN |
| | ) |
| BRIAN KOWERT, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Joel J Schwartz and enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully Submitted,

ROSENBLUM, SCHWARTZ, & FRY

By: */s/ Joel J Schwartz*
JOEL J SCHWARTZ, 39066MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
St. Louis, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Hal Goldsmith, Assistant United States Attorney.