UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

_USA_____ , )
                              ) Case no. _4:22-CR-175_
v.                            )
_Brian Kowert, Sr._, )   _April 4_, 20_22_

## MEMORANDUM FOR CLERK

Comes Now, Attorney T.J. Matthes #67563MO and enters his appearance as co-counsel for the above-named Defendant.

                                                                   _/s/_ 67563MO

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

                                                      (Pro se) (Attorney for) Defendant