

January 12, 2023

Brian Kowert
2332 Gateroyal Dr.
Des Peres, MO 63131

Dear Brian,

Since 1974, MOKAN Construction Contractors Assistance Center, located at 4666 Natural Bridge St. Louis, MO 63115, has been at the forefront of efforts to provide construction training opportunities for minorities, including those with non-traditional backgrounds, providing the construction and life-skills training to succeed in the construction industry as future employees and employers.

MOKAN's Pre-Apprentice Training Program offers construction industry classroom and OJT training to prepare non-traditional students with the abilities to gain entry and succeed within a Registered Apprenticeship Union or Non-Union Program.

MOKAN's non-traditional student population come from varied backgrounds.  Most students are minority, live in the city, and economically disadvantaged.  Some are just out of school, others in mid-life, some correcting their life's direction and are justice served individuals.  For MOKAN's students, the common factor is they are wanting to learn to improve themselves, their family and community, through careers in the construction industry.

It is of upmost importance that our MOKAN instructors have construction industry experience, can teach their topics knowledgably and always have their student's best interest at heart.

I was thrilled when you volunteered to facilitate classes teaching students.  We have known each other for many years and I know how well you are thought of in the construction community, inclusive of the MBE/WBE community.  I very much appreciate your commitment to teach our MOKAN students the difficult and challenging subjects of:

- Business Acumen
- Construction Experiences
- Mathematics
- Writing
- Blueprint Reading
- Project Manual Reading
- Construction Estimating

I look forward to your volunteer participation for the entire 10-week Pre-Apprentice Program.  I trust that we will see you for many future Program Sessions.   I am thrilled to have you part of the MOKAN instructor team. Welcome aboard for a rewarding teacher/student experience.

Sincerely,

MOKAN Construction Contractors Assistance Center

*Yaphett El-Amin*

Yaphett El-Amin, Executive Director