| | |
|---|---|
| **From:** | Dajuan Williams |
| **To:** | briankowert@outlook.com |
| **Subject:** | Blueprint specs review |
| **Date:** | Friday, March 24, 2023 8:10:12 AM |

**Blueprint and specs reading with Brian has been and interesting class and I've learned more than I've ever known about how to read blueprints and understand how to interpret blueprints. Only thing I'd say needs to improve is the amount of time that we have with facilitator Brian. Nonetheless Brian has helped me understand and answered every question I've had about blueprints and even the construction field as a whole. I want to thank you Brian for being here, it is truly appreciated.**