# Exhibit D



**ST. LOUIS DEVELOPMENT CORPORATION**

**Tishaura O. Jones** · *Mayor*
**Neal Richardson** · *President & CEO*

1520 Market Street · Suite 2000
St. Louis, MO 63103
314.657.3700 · F: 314.613.7011
developstlouis.org

April 11, 2023

Re:   Victim Impact Statement – St. Louis Development Corporation
      United States of America v. Brian Kowert, Sr. (4:22CR175-HEA-DDN)

Honorable Judge Autrey,

Mr. Kowert's actions have harmed St. Louis Development Corporation ("SLDC"), undermined the City of St. Louis' Minority Business Enterprise Program ("MBE Program"), and caused substantial injury to the duly certified and struggling minority-owned firms in the St. Louis region.

St. Louis has a history of disinvesting in minority-owned businesses and has contended with racial exclusion in the construction industry. The MBE Program was created to level the playing field and inject equity into the contracting practices of firms receiving local government incentives on development projects. Such projects enjoy government-backed benefits in part because they offer disadvantaged firms an opportunity to participate in construction trades. It is a dedicated goal of the City's administration to promote minority firm participation so that disinvested communities in the City may thrive.

The behavior of bad actors like Mr. Kowert subvert the efficacy of the City's goals and the MBE Program. Through his fraud, Mr. Kowert derived benefits from government incentives on the Greater Goods project, while knowingly funneling contracting dollars away from the certified minority-owned firms the MBE Program was designed to protect. I cannot help but think of the injuries suffered by the minority firms who were denied an opportunity to participate in the construction industry because of Mr. Kowert's duplicity.

Mr. Kowert's behavior has also adversely impacted the City of St. Louis' overall development goals. The purpose of tax abatement incentives is to remediate blight and foster development in keeping with the public policy objectives established by the City's legislative body, such as encouraging minority participation in construction activities. Mr. Kowert's acts are offensive to the City's legislative directives and undermines the City's ability and willingness to support development projects.

Finally, Mr. Kowert has caused direct injury to St. Louis Development Corporation. SLDC is tasked by the City of St. Louis with administering and ensuring compliance with MBE Program. Its dedicated employees invested substantial time working with Mr. Kowert in good faith to ensure the Greater Goods project complied with its MBE participation goals. When Mr. Kowert's fraud came to light, I was both saddened and infuriated to learn of the callousness with which he treated SLDC employees through his lies, to say nothing of the invaluable time and commitment by SLDC employees wasted by his misdeeds.

Mr. Kowert must be held accountable for his actions. The social and economic injury his behavior has caused must not be understated, and I ask the Court to consider in its sentencing the full impact his fraud has had on the MBE Program, the City of St. Louis, St. Louis Development Corporation, and all the historically disinvested minority-owned firms in the City of St. Louis.

Sincerely,

Neal Richardson
President & CEO
St. Louis Development Corporation