

6/6/2023

The Honorable Henry E. Autrey
United States District Judge
111 S. 10th Street
St Louis, MO 63102

RE:     Character Reference Letter for:
        Brian M. Kowert
        2332 Gateroyal Dr.
        Des Peres, MO 63131
        No. 4:22-CR-175-HEA

Dear Judge Autrey,

I have worked with 'Brian Kowert and HBD on a number of construction projects in Missouri over the past 25 years. After serving as the Director of the Missouri Dept. of Natural Resources, I entered the private sector as a consultant. My first project with HBD was in 1998. My role is generally as a consultant to the project owners, not the general contractor, in areas of historic preservation and environmental remediation. While neither Brian nor I have worked directly for each other, we were often in project meetings with the owners and architects.

I have worked with numerous General Contractors, architects, and owners throughout my career, and I have always found Brian to be a person of high integrity with a sound moral 'compass'. In a business where there is generally a lot of pressure and tension, with some reluctance to deliver 'bad news' to owners, Brian was always a steady and calming force, and unafraid to voice honest opinions of reality to the project ownership group - even if it meant losing a contract. I offer this letter to provide a more complete picture of Brian as a professional and an as a high-quality person.

Thank you for your time, and feel free to contact me to further confirm this information.

Sincerely,

Fred A. Lafser
President, Lafser & Associates, Inc.
1000 S. Newstead Ave.
St. Louis, MO 63110
314-570-6969
flafser@lafser.com