# D. L. J. Construction Services, L.L.C.

1451 Mullanphy Street * St. Louis, Missouri 63106

June 7, 2023

U.S. Federal Court
Eastern District of Missouri
The Honorable Henry E. Autrey

Dear Your Honor:

I am very pleased to be asked to write a character reference letter for Brian Kowert, Sr.

I have known Brian and his Sons for over twenty (20) years. In this short time I have interacted with Brian on a daily basis because of our similar interests in the construction industry. I have observed him to be a dedicated and conscientious person who has displayed remarkable commitment to all causes and responsibilities he has encountered during his quest for life challenges and changes. Some and most of these issues have been in the area of Minority and Women Owned Business participation. One of Brian's most keen assets is that he is very organized, efficient, and extremely competent. He has shown to be reliable, trustworthy and to have excellent work ethic which is a reflection of his abilities and hard work.

In my capacity as President of the Board of Education, it was my prime responsibility to provide contracting opportunities for minority and women owned businesses. Brian's knowledge in this area and his willingness and commitment to assist me with my efforts were unbelievable commendable and unwavering. Brian has been instrumental with my thirty-five years of construction experience in my many roles as a Board Member and/or Owner as quoted below:

> **City of St. Louis Board of Education, President 2007 - 2015**
> **City of St. Louis Tax Increment Financing Commission, Commissioner 2008 - 2019**
> **St. Louis Section 3 Compliance Collaborative, Founder**
> **African American Business and Contractor Association, Board Member**
> **Walnut Park West Neighborhood Improvement Association, Treasurer**
> **Harriet Tubman Preparatory High School & Career Center, Co-Founder**
> **D.L.J. Construction Services, LLC, Owner, Established 2005**

I've been impressed with his dedication to the growth and success of many, many minority and women owned business throughout the St. Louis Region. I can honestly say, with the many and various general construction firms in the St. Louis Region, Brian and his companies HBD Construction and HBD Contracting, Inc. has been an invaluable asset for and to these minority businesses. Brian has demonstrated a giving and generous nature with his free time as well, offering construction knowledge to these firm's CEOs and their project management teams.

Phone: (314) 492-4340 • Email: dljconstructionservices@yahoo.com

In addition to these great qualities, Brian has displayed great enthusiasm and initiative; he has excellent communication skills and has a very friendly and outgoing personality. Brian's rapport with people of all walks and backgrounds is excellent, as well as his communication skills, both written and verbal. With these qualities combined with his knowledge and experiences of construction, his absence from the St. Louis Region will definitely be felt and missed.

I am confident that Brian has learned from this experience and will not engage in any criminal activity in the future. He has expressed genuine remorse for his actions and is willing to take any necessary steps to make amends. I respectfully request that you consider the most lenient sentence for Brian Kowert, Sr., available to the Courts.

Sincerely,

David L. Jackson, Jr.