The Honorable Henry E. Autrey　　　　　　　　　　　　　　　　　　　　　　　June 5, 2023
United States District Judge
111 S. 10th Street
St. Louis, MO. 63102

Dear Honorable Judge Autrey;

My name is James A. Scholl and I am writing you concerning a longtime friend of mine, namely:

Brian M. Kowert
2332 Gateroyal Dr.
Des Peres, MO. 63131
No.4:22-CR-175-HEA

I have known Brian M. Kowert for 25 years or more and he has always been a man of his word, someone I respect and trust in both personal and business situations.

Brian is a man of integrity and diligence, always delivering on promises and commitments made.
He is also a man of compassion and generosity, I experienced this personally, I am a Board member and volunteer at a non-profit organization in North County which had a dire need for some extensive repairs to our building, and Brian personally stepped forward to help us with a generous gift and free construction consultation.

Your Honor, I would also like to mention Brian's dedication and love to his Lord, his wife and family.
He is a committed husband, father, and grandfather.

I am willing to answer any questions regarding this matter.

Sincerely,

*James A. Scholl* (signature)

James A. Scholl
1326 Stone Run Drive
Ballwin, MO. 63021
Ph. 314-941-1676

**YAPHETT EL-AMIN**
25 WINDERMERE PLACE
ST. LOUIS, MO  63115
(314) 807.7590-YAPHETTELAMIN1@GMAIL.COM

---

June 8, 2023

The Honorable Henry E. Autrey
United States District Judge
111 S. 10th Street
St Louis, MO 63102

RE:  **Brian M. Kowert**

Dear Judge Autrey:

Thank you for allowing me to submit this letter of character for Mr. Brian Kowert, Sr.  I have known Brian professionally for the last 15 years.  Much of this time, I have interfaced with him as Executive Director of MOKAN, a minority construction advocacy organization.  I have been able to call upon Brian for participation, inclusion and outreach events with our minority contractor members and affiliates.  I am very aware of the charges that have been levied against Brian, however, I am only able to speak to my truth regarding Brian and my interaction with him, which has reflected a steadfast commitment to work with me within the minority and women business enterprise communities.  Because of his commitment to work with MOKAN on inclusion the Organization recognized him and his firm contractor of the year 2020. Currently, Brian is continuing to teach, volunteering his time with disadvantaged students at MOKAN, whereby he teaches construction & business math, blueprint reading & business practices, whereby he is always prepared to teach his classes.

As an affordable housing developer, I have had the opportunity to engage Brian directly on assisting in building low-income housing for communities in St. Louis, Missouri, Tulsa, Oklahoma and East St. Louis, Illinois.  Together we worked on MBE participation in the East St Louis, IL.  His efforts were requested by former Mayor Eastern to work with him on a $17million historic renovation of the Fire & Police Station.

I am hopeful that my interactions with Brian assists you in understanding who he is in totality, and his impact within my life and in the minority business community that he has served with me.

Thank you for your consideration of my words and time.

Sincerely yours,

*Yaphett El-Amin*

Yaphett El-Amin